UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVIT BABAYAN (3),<br><br>　　　　Defendant. | Case No. 21cr2660-BAS<br><br>SECOND AMENDED ORDER OF CRIMINAL FORFEITURE |

Based upon the Government's Motion for a Second Amended Order of Criminal Forfeiture and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted as set forth below.

On January 3, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of DAVIT BABAYAN ("Defendant") in the following properties, pursuant to 18 U.S.C. § 982(a)(2)(B) and 1029(c)(1)(C):

　　1.　　$86,399.00 U.S. Currency;

　　2.　　$152,456.39 Money Judgment;

On February 6, 2023, this Court entered a First Amended Order of Criminal Forfeiture, which condemned and forfeited all right, title, and interest in DAVIT BABAYAN in the following properties pursuant to 18 U.S.C. § 982(a)(2)(B) and 1029(c)(1)(C):

1. One (1) Samsung Tablet, Model:SM-T113UD, Serial Number: R52KA06SGQH;
2. Apple iPhone with black case, seized as item number 412-2022-CE-000006-001;
3. Apple iPhone with clear case, seized as item number 412-2022-CE-000006-002;
4. Apple iPhone with black case, seized as item number 412-2022-CE-000007-001;
5. Apple iPhone, Model: A1687, seized as item number 412-2022-CE-000008-001;
6. Apple iPad, Model: A1701, Serial Number: DMPVCN5UJ28K;
7. Apple iPhone, Model: A1660, seized as item number 412-2022-CE-000010-001;
8. Seagate Hard Drive, Model: Backup Plus Hub, Serial Number: NA9R4HJ2;
9. LACIE USB Drive, Model: 4TB Rugged USB-C, Serial Number: NL6A2R5V;
10. Lenovo Laptop, Model: 2522-B89, Serial Number: R8-GRDA2;
11. Lenovo Laptop, Model: 2522-B89, Serial Number: LOA7K;
12. Lenovo Laptop, Model: 2522-B89, Serial Number: R8-6CP44;
13. ASUS Laptop, Model: AMPAK/AP6234A, Serial Number: N/A;
14. Samsung Tablet with gray case, Serial Number: N/A;
15. Apple MacBook Pro with black incase cover with power adapter Serial Number: CPWKXC2HDTY3;
16. Three (3) USB Drives, seized as item numbers 412-2022-CE-000055-001 through 412-2022-CE-000055-003;
17. Two (2) Black adapters, seized as item numbers 412-2022-CE-000055-004 and 412-2022-CE-000055-005;

18. One (1) Black SD Card Adapter, seized as item number 412-2022-CE-000055-006;

19. One (1) Black micro–SD Card, seized as item number 412-2022-CE-000055-007;

20. Apple iPhone, seized as item number 412-2022-CE-000056-001;

21. 16GB ScanDisk USB (BL20120003064);

22. Thirteen (13) SanDisk memory Cards, seized as item numbers 412-2022-CE-000059-001 through 412-2022-CE-000059-013;

23. One (1) 4G LTE 3-IN-2 SIM Card Serial Number: 890141022710095599894;

24. Stellar Lite Storage Device, Model: 32GB, Serial Number: 1528; and

25. Pocket Camera with Micro SD card, seized as item number 412-2022-CE-000132-003.

For thirty (30) consecutive days ending on March 25, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have an alleged interest in the forfeited properties; therefore, no one was provided with direct notice of forfeiture.

Thirty (30) days have passed the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of DAVIT BABAYAN and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America pursuant to 18 U.S.C. § 982(a)(2)(B) and 1029(c)(1)(C):

1. $86,399.00 U.S. Currency;
2. $152,456.39 Money Judgment;
3. One (1) Samsung Tablet, Model:SM-T113UD, Serial Number: R52KA06SGQH;
4. Apple iPhone with black case, seized as item number 412-2022-CE-000006-001;
5. Apple iPhone with clear case, seized as item number 412-2022-CE-000006-002;
6. Apple iPhone with black case, seized as item number 412-2022-CE-000007-001;
7. Apple iPhone, Model: A1687, seized as item number 412-2022-CE-000008-001;
8. Apple iPad, Model: A1701, Serial Number: DMPVCN5UJ28K;
9. Apple iPhone, Model: A1660, seized as item number 412-2022-CE-000010-001;
10. Seagate Hard Drive, Model: Backup Plus Hub, Serial Number: NA9R4HJ2;
11. LACIE USB Drive, Model: 4TB Rugged USB-C, Serial Number: NL6A2R5V;
12. Lenovo Laptop, Model: 2522-B89, Serial Number: R8-GRDA2;
13. Lenovo Laptop, Model: 2522-B89, Serial Number: LOA7K;
14. Lenovo Laptop, Model: 2522-B89, Serial Number: R8-6CP44;

15. ASUS Laptop, Model: AMPAK/AP6234A, Serial Number: N/A;
16. Samsung Tablet with gray case, Serial Number: N/A;
17. Apple MacBook Pro with black incase cover with power adapter Serial Number: CPWKXC2HDTY3;
18. Three (3) USB Drives, seized as item numbers 412-2022-CE-000055-001 through 412-2022-CE-000055-003;
19. Two (2) Black adapters, seized as item numbers 412-2022-CE-000055-004 and 412-2022-CE-000055-005;
20. One (1) Black SD Card Adapter, seized as item number 412-2022-CE-000055-006;
21. One (1) Black micro–SD Card, seized as item number 412-2022-CE-000055-007;
22. Apple iPhone, seized as item number 412-2022-CE-000056-001;
23. 16GB ScanDisk USB (BL20120003064);
24. Thirteen (13) SanDisk memory Cards, seized as item numbers 412-2022-CE-000059-001 through 412-2022-CE-000059-013;
25. One (1) 4G LTE 3-IN-2 SIM Card Serial Number: 890141022710095599894;
26. Stellar Lite Storage Device, Model: 32GB, Serial Number: 1528; and
27. Pocket Camera with Micro SD card, seized as item number 412-2022-CE-000132-003.

This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture money judgment and collecting and enforcing it; and

Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

//
//

1 | Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct
2 | discovery to identify, locate, or dispose of directly forfeitable assets and substitute
3 | assets against which this Order of Forfeiture may be enforced; and

4 | The United States may, at any time, move pursuant to Rule 32.2(e) to amend this
5 | Order of Forfeiture to substitute property having a value not to exceed $152,456.39 to
6 | satisfy the forfeiture money judgment in whole or in part; and

7 | The United States may take any and all actions available to it to collect and
8 | enforce the forfeiture money judgment.

9 | IT IS FURTHER ORDERED this order shall be incorporated and included as
10 | part of the judgment in this case when Defendant is sentenced.

11 | IT IS FURTHER ORDERED that costs incurred by the United States Secret
12 | Service and any other governmental agencies which were incident to the seizure,
13 | custody and storage of the property be the first charged against the forfeited property.

14 | IT IS FURTHER ORDERED that the United States Secret Service dispose of
15 | the properties forthwith in accordance with the law.

DATED: 11-27-23

Honorable Cynthia Bashant
United States District Judge